

Molly C. Dwyer
Clerk of Court

Office of the Clerk
United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

APR 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

Docket Number: 25-2509
Originating Case Number: 3:19-cv-01226-L-AHG

Short Title: Pwgg, Lp, et al. v. Bonta, et al.

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk  
**United States Court of Appeals for the Ninth Circuit**  
Post Office Box 193939  
San Francisco, California 94119-3939  
415-355-8000  

Molly C. Dwyer  
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number: 25-2509  
Originating Case Number: 3:19-cv-01226-L-AHG  

Case Title: Pwgg, Lp, et al. v. Bonta, et al.

**Wednesday, April 23, 2025**

| | |
|---|---|
| Pwgg, Lp | Mediation Questionnaire due |
| North County Shooting Center, Inc. | Mediation Questionnaire due |
| Firearms Policy Coalition, Inc. | Mediation Questionnaire due |
| California Gun Rights Foundation | Mediation Questionnaire due |
| Second Amendment Foundation | Mediation Questionnaire due |

**Thursday, May 29, 2025**

| | |
|---|---|
| Pwgg, Lp | Appeal Opening Brief (No Transcript Due) |
| North County Shooting Center, Inc. | Appeal Opening Brief (No Transcript Due) |
| Firearms Policy Coalition, Inc. | Appeal Opening Brief (No Transcript Due) |
| California Gun Rights Foundation | Appeal Opening Brief (No Transcript Due) |
| Second Amendment Foundation | Appeal Opening Brief (No Transcript Due) |

**Monday, June 30, 2025**

| | |
|---|---|
| Rob Bonta | Appeal Answering Brief (No Transcript Due) |
| Allison Mendoza | Appeal Answering Brief (No Transcript Due) |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**