# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 25-2509

**Case Name** Pwgg, Lp, et al. v. Bonta, et al.

**Counsel submitting this form** David H. Thompson

**Represented party/parties** All Appellants

*Briefly describe the dispute that gave rise to this lawsuit.*

This case presents a Second Amendment challenge to California's laws restricting the sale, rental, delivery, or transfer of firearms to individuals between the ages of 18 and 20 years old.

The appellants are a pair of federally licensed firearms dealers who would, if not for the laws at issue in this suit, sell firearms to 18-to-20-year-olds who are otherwise lawfully able to purchase and possess them, and three organizations that count among their members 18-to-20-year-old Californians who, but for their age, are lawfully able to purchase and possess them and would, if not for the laws at issue in this suit, buy firearms from licensed dealers.

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

Form 7                                                                 Rev. 09/01/22

1

*Briefly describe the result below and the main issues on appeal.*

The district court granted the State's motion for summary judgment and denied the Plaintiff-Appellants'. It held that the restrictions at issue did not implicate the Second Amendment because they did not ban the sale of all firearms to all 18-to-20-year-olds. In the alternative, it held that even if the Second Amendment's text was implicated by the suit, the restrictions at issue were historically justified by what it concluded was a historical tradition of restricting firearm acquisition by 18-to-20-year-olds.

The main issues on appeal are (1) whether California's laws restricting the sale of firearms to 18-to-20-year-olds implicate the plain text of the Second Amendment and (2) whether those laws are justified by historical restrictions on the right to keep and bear arms.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

There are no proceedings remaining below or related proceedings in other tribunals.

**Signature** s/David H. Thompson  **Date** 4/23/25
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** *Rev. 09/01/22*

2