No. 25-2509

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PWGG, LP, et al.,

*Plaintiff-Appellants*,

v.

ROB BONTA, in his official capacity as Attorney General of the State of California, et al.,

*Defendants-Appellees*.

**On Appeal from United States District Court
for the Southern District of California**
Civil Case No. 3:19-cv-01226-L-AHG
The Honorable M. James Lorenz, Judge

**PLAINTIFFS-APPELLANTS' EXCERPTS OF RECORD
INDEX VOLUME**

John William Dillion
DILLON LAW GROUP, APC
2647 Gateway Road
Suite 105
Carlsbad, CA 92009
Telephone:(760) 642-7150
jdillon@dillonlawgp.com

David H. Thompson
Peter A. Patterson
William V. Bergstrom
COOPER AND KIRK, PLLC
1523 New Hampshire Ave. NW
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
dthompson@cooperkirk.com

*Counsel for Plaintiffs-Appellants*

June 30, 2025

# INDEX

## Volume I

| Dist. Ct. ECF No. | Date Filed | Description | Page No. |
|---|---|---|---|
| 160 | 03/26/2025 | Clerk's Judgment | 1-ER-002 |
| 159 | 03/26/2025 | Order Granting Defs.' Mot. for Summary Judgement | 1-ER-003 |

## Volume II

| Dist. Ct. ECF No. | Date Filed | Description | Page No. |
|---|---|---|---|
| 162 | 04/15/2025 | Amended Notice of Appeal | 2-ER-0027 |
| 147 | 05/20/2024 | Joint Statement of Undisputed Material Facts | 2-ER-0034 |
| 139-1 | 04/29/2024 | Decl. of John W. Dillon, pt. 1 | 2-ER-0046 |

## Volume III

| Dist. Ct. ECF No. | Date Filed | Description | Page No. |
|---|---|---|---|
| 139-1 | 04/29/2024 | Decl. of John W. Dillon, pt. 2 | 3-ER-0317 |

## Volume IV

| Dist. Ct. ECF No. | Date Filed | Description | Page No. |
|---|---|---|---|
| 136 | 03/15/2024 | Pls.' Mot. for Summary Judgement | 4-ER-0588 |
| 136-2 | 03/15/2024 | Appendix Pt. 2, Decl. of Destiny Garcia | 4-ER-0590 |
| 127 | 12/08/2023 | Order Denying Pls.' Mot. for Prelim. Inj. | 4-ER-0595 |
| 124 | 10/12/2023 | Notice of Lodgment | 4-ER-0618 |
| 124-2 | 10/12/2023 | Exhibit B – Decl. of Alan Gottlieb | 4-ER-0620 |
| 124-1 | 10/12/2023 | Exhibit A – Decl. of Brandon Combs | 4-ER-0624 |
| 118-1 | 04/17/2023 | Decl. of John W. Dillon, Decl. of Jose Chavez, & Decl. of Andrew Morris | 4-ER-0627 |
| 118-2 | 04/17/2023 | Pls.' Resp. to Defs.' Objections | 4-ER-0640 |

| 114 | 03/22/2023 | Third Amended Compl. | 4-ER-0677 |
|---|---|---|---|
| 113 | 03/20/2023 | Order Granting Pls.' Request to Amend Compl. | 4-ER-0713 |
| 108 | 02/16/2023 | Motion to Amend Compl. | 4-ER-0715 |
| 103 | 01/16/2023 | Pls.' Mot. for Prelim Inj. | 4-ER-0718 |
| 100 | 12/14/2022 | Order Denying Pls.' Prelim. Inj. | 4-ER-0721 |
| 67 | 11/06/2020 | Notice of Appeal | 4-ER-0724 |
| 66 | 11/03/2020 | Order Denying Mot. for Prelim. Inj. | 4-ER-0726 |
| 21 | 11/12/2019 | Mot. for Prelim. Inj. | 4-ER-0745 |
| 21-5 | 11/12/2019 | Decl. of John Phillips | 4-ER-0748 |
| 21-6 | 11/12/2019 | Decl. of Darin Prince | 4-ER-0752 |
| — | — | Civil Dist. Ct. Docket Sheet, *Jones v. Bonta*, Case No. 3:29-cv-01226-L-AHG (S.D. Cal.), as of June 30, 2025 | 4-ER-0756 |