# EXHIBIT A

**No. 25-2509**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PWGG, LP, et al.,

*Plaintiffs-Appellants*,

v.

ROB BONTA, in his official capacity as Attorney
General of the State of California, et al.,

*Defendants-Appellees*.

**On Appeal from United States District Court
for the Southern District of California**
Civil Case No. 3:19-cv-01226-L-AHG
The Honorable M. James Lorenz, Judge

### DECLARATION OF JACK SNYDER

John William Dillon
DILLON LAW GROUP, APC
2647 Gateway Road
Suite 105
Carlsbad, CA 92009
Telephone:(760) 642-7150
jdillon@dillonlawgp.com

David H. Thompson
Peter A. Patterson
William V. Bergstrom
COOPER AND KIRK, PLLC
1523 New Hampshire Ave. NW
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
dthompson@cooperkirk.com

*Counsel for Plaintiffs-Appellants*

October 6, 2025

I, Jack Snyder, declare as follows:

I am not a party to the captioned action, am over the age of 18, have personal knowledge of the facts stated herein, and am competent to testify as to the facts stated below.

1.     My permanent residence is in Oceanside, California, and I am 18 years old. I was born in 2007, and I am currently attending Biola University in La Mirada, California.

2.     I have never been arrested or convicted of any crime. I have never been adjudicated as mentally ill or a danger to myself or others. I am not an unlawful user of any illegal drugs. I am a peaceable and law-abiding adult. Other than restrictions that are placed on me because of my age, I am eligible under all federal and state laws to acquire firearms.

3.     I am a member of Firearms Policy Coalition, Inc., the California Gun Rights Foundation, and the Second Amendment Foundation.

4.     I presently intend and desire to purchase and possess firearms, including semiautomatic centerfire rifles for self-defense and other lawful purposes.

5.     On or around September 20, 2025, in seeking to make my first firearms purchase, I contacted my local Turner's Outdoorsman in order to figure out exactly what I needed to bring with me to purchase a semiautomatic rifle and/or shotgun. In that call, I informed the employee that I was 18 years old. Upon hearing this, the employee informed me that California law prohibited me from purchasing/acquiring any semiautomatic firearm solely due to my age, as the law prohibited anyone 18-to 20-years-old from purchasing/acquiring semiautomatic firearms and that, without a hunting license, I could not acquire any firearm at all.

6.     I have reviewed Section 27510 of the Penal Code. It contains

1

extremely limited exceptions to Section 27510. These exceptions include lawful transfers or gifts from parents, as well as various situational and temporary loans. However, while my father is a gun owner, none of his guns are in the State of California. Thus, to my knowledge, he has no guns to gift or loan me. Nor am I aware of anyone else who is either capable or willing to gift me a firearm.

7.      Moreover, I am not seeking to be temporarily loaned a firearm, nor am I seeking to be gifted a firearm by a family member. I am seeking to exercise my Second Amendment right to purchase, possess, acquire, and own my own firearms. I have no interest in being temporarily loaned a firearm as I want to own firearms for various lawful uses, including my own self-defense. It is my understanding that the permitted loans under California law are required to be infrequent and can only be made for a limited period. Furthermore, I am unaware of anyone who is willing to loan their firearm to me under these restrictions. Thus, these exceptions are entirely inapplicable to me.

8.      I am also not an active or retired police officer, an active federal officer, a reserve peace officer, or an active or retired member of the United States Armed Forces, National Guard, or Air National Guard.

9.      I do not have a California hunter's license

10.      Moreover, even if I were to take a complete hunter's education course, pass the test, and then purchase a hunting license, my understanding is that I still would be prohibited from purchasing any kind of semiautomatic centerfire rifle. As such, the law still prohibits me from exercising my Second Amendment rights.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed within the United States on October 6, 2025.

_____

Jack Snyder