UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PWGG, LP, DBA as Poway Weapons and Gear; DBA as PWG Range; et al.,<br><br>      Plaintiffs - Appellants,<br><br>and<br><br>JOSE CHAVEZ; et al.,<br><br>      Plaintiffs,<br><br> v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California and ALLISON MENDOZA, in her official capacity as Acting Director of the Department of Justice Bureau of Firearms,<br><br>      Defendants - Appellees. | No. 25-2509<br><br>D.C. No. 3:19-cv-01226-L-AHG<br>Southern District of California, San Diego<br><br>ORDER |

      The motion (Docket Entry No. 25) to supplement the record on appeal and any responses are referred to the panel that decides the merits of this case.

      Any discussion of the proposed supplement in the parties' briefs may be stricken or disregarded if the merits panel denies the motion to supplement the record.

      The existing briefing schedule remains in effect.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT