# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 25-2509

**Case Name** PWGG, Lp, et al. v. Bonta, et al.

**Hearing Location** (*city*) Pasadena

**Your Name** Ian Fein

List the sitting dates for the two sitting months you were asked to review:

June 8-12, June 22-26, July 6-10, August 3-7

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

June 8-12 (son's graduation)
June 22 (out-of-state travel)

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Ian Fein   **Date** March 6, 2026

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**   *New 12/01/2018*