UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 25 2026



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PWGG, LP, DBA as Poway Weapons and Gear;  DBA as PWG Range; et al.,<br><br>    Plaintiffs - Appellants,<br><br>JOSE CHAVEZ; et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California and ALLISON MENDOZA, in her official capacity as Acting Director of the Department of Justice Bureau of Firearms,<br><br>    Defendants - Appellees. | No. 25-2509<br><br>D.C. No.<br>3:19-cv-01226-L-AHG<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: WARDLAW, OWENS, and DE ALBA, Circuit Judges.

On or before July 8, 2026, the parties are invited to file supplemental letter briefs, not exceeding 5 pages, addressing the impact of *Wolford v. Lopez*, 609 U.S. ___ (2026), on this case.